```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MAXIM INTEGRATED PRODUCTS, INC.,       Civil Action No. 12-244
_____

BRANCH BANKING AND TRUST COMPANY,      Civil Action No. 12-945

                       Plaintiff,

           vs.

MAXIM INTEGRATED PRODUCTS, INC.,

                       Defendant.
                and

MAXIM INTEGRATED PRODUCTS, INC.,

              Counter Claimant,

           vs.

BRANCH BANKING AND TRUST COMPANY,

              Counter Defendant.
_____
```

        Transcript of TELEPHONE CONFERENCE held on May 5, 2015,
in the United States District Court, 700 Grant Street,
Pittsburgh, Pennsylvania, before The Hon. Joy Flowers Conti,
Chief Judge, United States District Court

APPEARANCES:

For Maxim Integrated Products:    Leland P. Schermer, Esq.
                                  Bryan A. Loose, Esq.
                                  Matthew D. Powers, Esq.
                                  William P. Nelson, Esq.

For Branch Banking & Trust Co.:   James R. Myers, Esq.
                                  Leslie M. Spencer, Esq.
                                  Kirsten R. Rydstrom, Esq.

Court Reporter:                   Deborah Rowe, RMR, CRR
                                  700 Grant Street, Ste. 5300
                                  Pittsburgh, PA  15219

1                    P R O C E E D I N G S

2                         - - -

3            (5:05 p.m.; teleconference proceedings as follows:)

4            THE COURT:  Good afternoon, everyone.  This is

5       Judge Conti.  This is a scheduling conference in the Maxim

6       MDL, which is at Miscellaneous No. 12-244.  And we have one

7       party left, which is Branch Banking & Trust Company, which is

8       a Plaintiff and Counter Defendant, versus Maxim Integrated

9       Products, and that's at Case No. 12-945.

10           There has been some other activity before the

11      multi-district litigation panel, but I believe every one of

12      those to my knowledge has been opposed.  And so there will be

13      briefing and then ultimately a decision.  But regardless of

14      what happens with those cases, we're going to press forward

15      with this case, and that means we're at the expert discovery

16      phase.

17           And so this is the agenda that the Court would

18      propose with respect to that.  It's the Court's understanding

19      that there are a number of experts, and it's expected that

20      there will be objections to a number of the experts.  So

21      there should be one motion filed for each expert that's being

22      challenged, and then there would be a separate response to

23      that motion.

24           So there could be five, ten motions.  I don't see

25      that there would be a problem with keeping within the page

1    limits if we do it on an expert-by-expert basis.  So for each

2    expert there should be one motion if that expert is being

3    challenged, and then there will be a response to that

4    challenge.  And those would all be within the page limits

5    that the Court regularly requires.

6            The objections to the expert reports should be due

7    on June 2.  That gives you about 30 days.  Then the responses

8    would be due on June 30, and the Court would like to have a

9    hearing here on July 29.  We'll begin at 9:30 in the morning,

10   and we would have the day until 3:30 to have all the

11   arguments on that.

12           I would like to hear from anyone who wishes to make

13   a comment about that scheduling if that's a problem.

14           MR. POWERS:  Your Honor, Matt Powers for Maxim.  I

15   have a summary judgment hearing in Delaware on July 29.  I

16   could do it on July 30.

17           THE COURT:  That would be fine for me.  It would be

18   fine for me.  By the way, I'm sorry I neglected to have

19   everyone enter your appearance.

20           MR. POWERS:  Thank you.  Matt Powers and William

21   Nelson for Maxim.

22           MR. SCHERMER:  Leland Schermer and Brian Loose for

23   Maxim.

24           MR. MYERS:  This is James Meyers and Leslie Spencer

25   from Ropes & Gray; and Kirsten, you're on as well.

1              MS. RYDSTROM:  Kirsten Rydstrom for BB&T.

2              THE COURT:  Anyone else on the line?

3              Okay.  Well, is BB&T counsel, are you acceptable

4    with July 30 at 9:30 in the morning?

5              MR. MYERS:  Yes, Your Honor.

6              THE COURT:  Okay.  So any other comments about the

7    schedule?  Is there anything else that anyone needs to bring

8    to my attention?

9              Okay.  Well, then I'll await the Daubert motions.

10   So if anyone is going to challenge an expert, that challenge

11   must be filed by June 2.  Responses to any challenge will be

12   filed no later than June 30, and then there will be a hearing

13   on the challenges scheduled for July 30 at 9:30 here.  Okay?

14             Anything else?  Well, I hope everyone has a good

15   evening, and I'll see you in July.  Thank you all.

16             MR. POWERS:  Thank you, Your Honor.

17             MR. MYERS:  Thank you, Your Honor.

18             (Proceedings were concluded at 5:16 p.m.)

19                              - - -

20                    C E R T I F I C A T E

21

22             I, Deborah Rowe, certify that the foregoing is
     a correct transcript from the record of proceedings in the
23   above-titled matter.

24

25   S/Deborah Rowe  _____
     Certified Realtime Reporter